81,156-02

CAUSE No. 1390217-B

| | |
|---|---|
| Mario Quintanilla | In The 177th Judicial |
| T.D.C.J. No. 1892523 | District Court of: |
| V.　　RELATOR | Harris County, Texas |
| Harris County, District Clerk: | |
| In His Official Capacity Respondent | |

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

## PLANTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Mario Quintanilla, Relator, Pro Se in the above-styled and numbered cause of action and files this Original Application for Writ of Mandamus, pursuant to Article 11.071, Section 8(c) of the Texas Code of Criminal Procedure, and would show the Court the following:

## I

## RELATOR

Mario Quintanilla, T.D.C.J. No. 1892523 is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro-se who can be located at 4304 HWY 202, Bee County, 78102.

Relator has exhausted his remedies and has no other adequate remedy at Law. The act sought to be compelled is ministerial, not discretionary in nature. T.C.C.P. Art. 11.071, Section 8(c) requires after argument of counsel, if requested by Court, the convicting Court shall make appropiate written findings of fact and conclusions of Law not later than the 15th day after the date the parties filed proposed finding or not later than the 45th day after the date the Court's determination is made under Subsection (a) whichever occurs first. No copy of the Application for Writ of Habeas Corpus, any answer filed, and a certificate reciting the date upon which

that finding was made have been transmitted to the Court of Criminal Appeals. Had such documents been transmitted to the Court of Criminal Appeals by Respondent as required by statute, Relator would have received notice from the Court of Criminal Appeals.

## II

## RESPONDENT

Respondent, Chris Daniel, his capacity as District Clerk of Harris County, Texas has a ministerial duty to recive and file all papers in a criminal proceeding, and perform all other duties imposed on the Clerk by Law pursuant to T.C.C.P. Art. 2.21, and is responsible under T.C.C.P. 11.071 Sec. 8(d) the Clerk of the Court shall immediately send to the Court of Criminal Appeals a copy of the; Application, answer, orders entered by the convicting Court, purposed findings of fact and conclusions of Law entered by the Court, and if the Applicant is proceeding pro-se, to the applicant, a copy of orders entered by the conviating Court, purposed findings of fact and conclusions of Law, and findings of fact and conclusions of Law entered by the Court. Chris Daniel, District Clerk, Harris County, may be Served at his place of business at P.O. Box. 4651, Houston, Texas 77210-4651.

## III

VIOLATION OF ARTICLE, 11.071 OF THE TEXAS CODE OF CRIMINAL PROCEDURE

The Respondent violated Article 11.071, Section 8(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the application for Writ of Habeas Corpus, any answer filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by Law and within a reasonable time from the date on which the documents were requested to be transmitted.

Request for the transmittal of the application for Writ of Habeas

Corpus, any answers filed, and a certificate reciting the date upon which that finding was made were made by Relator, to Chris Daniel, District Clerk, Harris County, by certified mailed letter date 2-28-2015; Pursuant to Art. 11.07, Sec. 3 (d) of the Code of Criminal Procedure. True and accurate copies of the above letters are attached hereto as Exhibits-A and are incorporated by reference herein for all purposes. To date, Relator has received no responce from Respondent regarding Relator's request for transmittal of a copy of aplication for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals.

As is clear from Relator's ~~seeks the transmittal of a copy~~ letter, Relator has put respondent on notice that Relator seeks the transmittal of a copy of the Application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals, and that such records are require by the Court of Criminal Appeals to act on Relator's Writ to Habeas Corpus. Relator has gone well beyond any requirement or obligations imposed upon him by the Texas Code of Criminal Procedure, In constrat to Relator's efforts, Respondent has wholly failed to comply with the Texas Code of Criminal Procedure, Article 11.071, Sec. 8 (d), is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written responses to his correspondence and requests. Article, 11.071, Sec. 8 (d) cleary States that the Clerk shall immediately transmit to the Court of Criminal Appeals a copy of the Application, any answer filed, Orders entered by the convicting Court proposed findings of fact and conclusion of Law, and findings of fact and conclusions of Law entered by the Court; Orderes entered by the convictiong Court; Proposed findings of fact and conclusions of Law, and findings of fact and conclusions of Law entered by the Court.

## IV

## PRAYER FOR RELIEF

WHEREFORE, PROMESES CONSIDERED, Relator, Mario Quintanilla, Pro Se, respectfully requests a finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed. Relator Prays for an order directing Respondent to transmit copy of the Application for Writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07 Section 3(d) of the Texas Code of Criminal Procedure and as requested in Relator's letter Exhibit - A

Respectfully Submitted

By _Mario Quintanilla_
   RELATOR

## INMATE'S DECLARATION

I, Mario Quintanilla, T.D.C.I. No. 1892523, being presently incarcerated in the Garza East Unit of the Texas Department of Criminal Justice in BEE, County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 28 day of April, 20 15

_Mario Quintanilla_
Garza East Unit T.D.C.I.#1982523
4304 Hwy. 202
Beeville, Texas. 78102

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above APPLICATION FOR WRIT OF MANDAMUS was served on Chris Daniel by placing a copy in the U.S. Mail addressed to: P.O.Box 4651 Hous.Tx,77210 on this the 28 day of Febuary 20 15.

_Mario Quintanilla_
RELATOR

Mario Quintanilla
T.D.C.J. No. 1892523
                RELATOR
V.
Harris County, District Clerk:
In His Official Capacity Respondent

In the 177th Judicial
District Court of:
Harris County, Texas

## ORDER

On this ~~date~~ day, came on to be heard the foregoing Relator's Application for Writ of Mandamus and it appears to the Court that the same should be:

_____ GRANTED

IT IS THEREFORE ORDERED THAT, the District Clerk shall immediately transmit to the Court of Criminal Appeals a copy of the application for writ of Habeas Corpus, any answers filed, and a certificate reciting the date upon which that transmittal was made.

SIGNED on this the ____ day of _____, 20____.


_____
PRESIDING    JUDGE

Harris County, District Clerk
P.O. Box 4651
Houston Texas, 77210-4651

Dear: Mr. Chris Daniel

RE: Writ Application No. 1390217-B

   This letter is concerning a Writ of Habeas Corpus that I, filed with the Courts back in September of 2014.
   Its been (3) three months since she filed her affidavit I have not heard anything concerning my application from my trial court on the Court of Criminal Appeals.

   Can you please let me know what is happening.

   Thank you for your time

Mario Quintanilla
Garza East Unit #1892523
4304 Hwy. 202
Beeville, Texas 78102



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

September 30, 2014

MARIO QUINTANILLA
#1892523 GARZA EAST UNIT
4304 HWY 202
BEEVILLE, TEXAS 78102

RE: CAUSE #1390217-B
177th District Court

Dear Applicant:

Your post conviction application for Writ of Habeas Corpus was received and filed on 09-26-14. Article 11.07 of the Texas code of Criminal Procedure affords the State 15 days in which to answer the application after having been served with said application. After the 15 days allowed the State to answer the application, the Court has 20 days in which it may order the designation of issues to be resolved, if any. If the Court has not entered an order designating issues to be resolved within 35 days after the State having been served with the application, the application will be forwarded to the Court of Criminal Appeals for their consideration pursuant to Article 11.07, Sec. 3 (c) of the Texas Code of Criminal Procedure.

The records of the office reflect the following:

| CAUSE NO. | PETITION FOR WRIT OF HABEAS CORPUS | DISPOSITION |
|---|---|---|
| 1390217-A | 04-09-14 | DISMISSED |

**All** future correspondence should indicate the above listed cause number.

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

CC: District Attorney
     Judge, Presiding Court